UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Jean R. Castor and Carlisa L. Castor

Case No.: 16-22608-ABA  
Chapter: vchChapter  
Judge: Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on September 6, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

300 South Key Drive Galloway, NJ 08205  $159,000.00

Liens on property:

$159,541.56  Bank of America

Notice Only Schiller & Knapp LLP

Amount of Equity claimed as exempt:

$47,350.00

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                         Case No. 16-22608-ABA
Jean R. Castor                                                 Chapter 7
Carlisa L. Castor
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2       Date Rcvd: Aug 02, 2016
                             Form ID: pdf905          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db/jdb         +Jean R. Castor,   Carlisa L. Castor,    300 S. Key Drive,   Galloway, NJ 08205-4105
516264095       Advantage Collection Techniques,    PO Box 400,   Moorestown, NJ  08057-0400
516264096       American Home Shield,    PO Box 2803,   Memphis, TN 38101-2803
516264097       Andrea Kearney,    267 Clarkdell Dr,   Stockbridge, GA 30281-5957
516264100       Bank of Americ,    PO Box 31785,   Tampa, FL 33631-3785
516264101       Bureau of Accounts Control,    PO Box 538,   Howell, NJ 07731-0538
516264102       Caine & Weiner,    PO Box 5010,   Woodland Hills, CA 91365-5010
516264103       Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
516264105       Chase,   PO Box 15123,   Wilmington, DE 19850-5123
516264104       Chase,   PO Box 15145,   Wilmington DE 19850-5145
516264108       Eastern Account System Of Connecticut, I,    PO Box 837,   Newtown, CT 06470-0837
516264109       Enhanced Recovery Company, LLC,    PO Box 23870,   Jacksonville, FL 32241-3870
516264110       Equinox,   PO Box 455,   Park Ridge, IL 60068-0455
516264111      +Fein Such Kahn et al,    7 Century Dr,   Parsippany, NJ 07054-4673
516264112       Galoway Township Tax Collector,    300 E Jimmie Leeds Rd,   Galloway, NJ 08205-4109
516264113       Hayt, Hayt & Landau, LLC,    PO Box 500,   Eatontown, NJ 07724-0500
516264114       JC Christensen & Assoc.,    PO Box 519,   Sauk Rapids, MN 56379-0519
516264115       Kohl’s Capital One,    PO Box 519,   Sauk Rapids, MN 56379-0519
516264118       MRS,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
516264117       Marina Del Ray,    112 Atlantic Ave,   Pleasantville, NJ 08232-1408
516264119       Nationwide Credit Inc.,    PO Box 26314,   Lehigh Valley, PA 18002-6314
516264120       Northland Group, Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
516264121      +Peoples Transport Credit Union,    128 W Kings Hwy,   Mount Ephraim, NJ 08059
516264123      +Professional Recovery Consultants,    2700 Meridian Pkwy Ste 200,   Durham, NC 27713-2450
516264124       Progressive Financial Services, Inc.,    PO Box 22083,   Tempe, AZ 85285-2083
516264125      +Progressive Insurance Comapny,    6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
516264126       QCS,   PO Box 4699,   Petaluma, CA 94955-4699
516264128       RJ Lawn Care,    337 E Ridgewood Ave,   Galloway, NJ 08205-9767
516264129       Schiller & Knapp, LLP,    F-002729-15,   30 Montgomery St Ste 1205,
                 Jersey City, NJ 07302-3835
516264130       Superior Court of NJ - Atlantic County,    1201 Bacharach Blvd,   Atlantic City, NJ 08401-4510
516264133       United Collection Bureau, Inc.,    5620 Southwyck Blvd Ste 206,   Toledo, OH 43614-1501
516264135       Valentine & Kebartas, Inc.,    PO Box 325,   Lawrence, MA 01842-0625
516264136       Waste management of NJ Inc. SJ,    PO Box 13577,   Philadelphia, PA 19101-3577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2016 00:26:45      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2016 00:26:42      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516264094       E-mail/Text: amscbankruptcy@adt.com Aug 03 2016 00:27:38      ADT Security Services,
                 PO Box 371490,   Pittsburgh, PA 15250-7490
516264098       E-mail/Text: legal@arsnational.com Aug 03 2016 00:26:22      ARS National,   PO Box 469046,
                 Escondido, CA 92046-9046
516264099       E-mail/Text: bankruptcy@pepcoholdings.com Aug 03 2016 00:26:19      Atlantic City Electric,
                 5 Collins Dr Ste 2133,   Carneys Point, NJ 08069-3600
516264106       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 03 2016 00:27:19
                 Comcast Cable,    PO Box 3006,   Southeastern, PA 19398-3006
516264107       E-mail/Text: Bankruptcy.Consumer@dish.com Aug 03 2016 00:26:40      Dish,   PO Box 94063,
                 Palatine, IL 60094-4063
516264116       E-mail/Text: ebn@ltdfin.com Aug 03 2016 00:26:22      LTD Financial Services,
                 7322 Southwest Fwy Ste 1600,   Houston, TX 77074-2134
516264122       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2016 00:44:51
                 Portfolio Recovery,   120 Corporate Blvd,   Norfolk, VA 23502-4962
516264127       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 03 2016 00:29:20      Regional Acceptance Corp.,
                 1424 E Fire Tower Rd,   Greenville, NC 27858-4105
516264131       E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 00:29:20      Synchrony Bank - Sam’s Club,
                 PO Box 965064,   Orlando, FL 32896-5064
516264132      +E-mail/Text: bankruptcydepartment@tsico.com Aug 03 2016 00:27:32      Transworld Systems,
                 PO Box 15618,   Wilmington DE 19850-5618
516264134       E-mail/Text: bnc@ursi.com Aug 03 2016 00:25:44      United Recovery Systems,   PO Box 722929,
                 Houston, TX 77272-2929
516264137       E-mail/Text: BKRMailOps@weltman.com Aug 03 2016 00:26:48      Weltman, Weinberg & Reis Co. LPA,
                 325 Chestnut St Ste 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Aug 02, 2016
                              Form ID: pdf905          Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:
```
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Steven A. Silnutzer     on behalf of Joint Debtor Carlisa L. Castor stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com
              Steven A. Silnutzer     on behalf of Debtor Jean R. Castor stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com
                                                                                             TOTAL: 5
```