**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jean R. Castor** | Social Security number or ITIN  **xxx–xx–0288** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carlisa L. Castor** | Social Security number or ITIN  **xxx–xx–2642** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number: | **16–22608–ABA** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jean R. Castor

Carlisa L. Castor
aka Carlisa L. Silver, aka Carlisa L. Silver–Castor

9/30/16

**By the court:**  <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

```
                                 United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                                  Case No. 16-22608-ABA
Jean R. Castor                                                                          Chapter 7
Carlisa L. Castor
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0312-1             User: admin                 Page 1 of 2                Date Rcvd: Sep 30, 2016
                                 Form ID: 318                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db/jdb         +Jean R. Castor,    Carlisa L. Castor,    300 S. Key Drive,    Galloway, NJ 08205-4105
516264095       Advantage Collection Techniques,    PO Box 400,    Moorestown, NJ 08057-0400
516264096       American Home Shield,    PO Box 2803,    Memphis, TN 38101-2803
516264097       Andrea Kearney,    267 Clarkdell Dr,    Stockbridge, GA 30281-5957
516264100       Bank of Americ,    PO Box 31785,    Tampa, FL 33631-3785
516264101       Bureau of Accounts Control,    PO Box 538,    Howell, NJ 07731-0538
516264102       Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
516264108       Eastern Account System Of Connecticut, I,     PO Box 837,    Newtown, CT 06470-0837
516264109       Enhanced Recovery Company, LLC,    PO Box 23870,    Jacksonville, FL 32241-3870
516264110       Equinox,    PO Box 455,    Park Ridge, IL 60068-0455
516264111      +Fein Such Kahn et al,    7 Century Dr,    Parsippany, NJ 07054-4673
516264112       Galoway Township Tax Collector,    300 E Jimmie Leeds Rd,     Galloway, NJ 08205-4109
516264113       Hayt, Hayt & Landau, LLC,    PO Box 500,    Eatontown, NJ 07724-0500
516264114       JC Christensen & Assoc.,    PO Box 519,    Sauk Rapids, MN 56379-0519
516264115       Kohl's Capital One,    PO Box 519,    Sauk Rapids, MN 56379-0519
516264118       MRS,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
516264117       Marina Del Ray,    112 Atlantic Ave,    Pleasantville, NJ 08232-1408
516264119       Nationwide Credit Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516264120       Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516264121       Peoples Transport Credit Union,    128 W Kings Hwy,    Mount Ephraim, NJ 08059-1305
516264123      +Professional Recovery Consultants,    2700 Meridian Pkwy Ste 200,    Durham, NC 27713-2450
516264124       Progressive Financial Services, Inc.,     PO Box 22083,    Tempe, AZ 85285-2083
516264125      +Progressive Insurance Comapny,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
516264126       QCS,    PO Box 4699,    Petaluma, CA 94955-4699
516264128       RJ Lawn Care,    337 E Ridgewood Ave,    Galloway, NJ 08205-9767
516264129       Schiller & Knapp, LLP,    F-002729-15,    30 Montgomery St Ste 1205,
                 Jersey City, NJ 07302-3835
516264130       Superior Court of NJ - Atlantic County,     1201 Bacharach Blvd,    Atlantic City, NJ 08401-4510
516264133       United Collection Bureau, Inc.,    5620 Southwyck Blvd Ste 206,     Toledo, OH 43614-1501
516264135       Valentine & Kebartas, Inc.,    PO Box 325,    Lawrence, MA 01842-0625
516264136       Waste management of NJ Inc. SJ,    PO Box 13577,    Philadelphia, PA 19101-3577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 30 2016 23:13:24     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 30 2016 23:13:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516264094       E-mail/Text: amscbankruptcy@adt.com Sep 30 2016 23:13:51     ADT Security Services,
                 PO Box 371490,    Pittsburgh, PA 15250-7490
516264098       EDI: ARSN.COM Sep 30 2016 23:03:00      ARS National,   PO Box 469046,
                 Escondido, CA 92046-9046
516264099       E-mail/Text: bankruptcy@pepcoholdings.com Sep 30 2016 23:13:16      Atlantic City Electric,
                 5 Collins Dr Ste 2133,    Carneys Point, NJ 08069-3600
516264103       EDI: CAPITALONE.COM Sep 30 2016 23:03:00      Capital One Bank USA NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516264105       EDI: CHASE.COM Sep 30 2016 23:03:00      Chase,   PO Box 15123,    Wilmington, DE 19850-5123
516264104       EDI: CHASE.COM Sep 30 2016 23:03:00      Chase,   PO Box 15145,    Wilmington DE 19850-5145
516264106       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 30 2016 23:13:43
                 Comcast Cable,    PO Box 3006,    Southeastern, PA 19398-3006
516264107       EDI: ESSL.COM Sep 30 2016 23:03:00      Dish,   PO Box 94063,    Palatine, IL 60094-4063
516264116       EDI: LTDFINANCIAL.COM Sep 30 2016 23:03:00      LTD Financial Services,
                 7322 Southwest Fwy Ste 1600,    Houston, TX 77074-2134
516264122       EDI: PRA.COM Sep 30 2016 23:03:00      Portfolio Recovery,    120 Corporate Blvd,
                 Norfolk, VA 23502-4962
516264127       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 30 2016 23:05:48      Regional Acceptance Corp.,
                 1424 E Fire Tower Rd,    Greenville, NC 27858-4105
516264131       EDI: RMSC.COM Sep 30 2016 23:03:00      Synchrony Bank - Sam's Club,    PO Box 965064,
                 Orlando, FL 32896-5064
516264132      +E-mail/Text: bankruptcydepartment@tsico.com Sep 30 2016 23:13:48      Transworld Systems,
                 PO Box 15618,    Wilmington DE 19850-5618
516264134       EDI: URSI.COM Sep 30 2016 23:03:00      United Recovery Systems,    PO Box 722929,
                 Houston, TX 77272-2929
516264137       E-mail/Text: BKRMailOps@weltman.com Sep 30 2016 23:13:27      Weltman, Weinberg & Reis Co. LPA,
                 325 Chestnut St Ste 501,    Philadelphia, PA 19106-2605
                                                                                                TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Sep 30, 2016
                              Form ID: 318             Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Steven A. Silnutzer    on behalf of Joint Debtor Carlisa L. Castor stevenasil2000@yahoo.com,
           G28047@notify.cincompass.com
          Steven A. Silnutzer    on behalf of Debtor Jean R. Castor stevenasil2000@yahoo.com,
           G28047@notify.cincompass.com
                                                                                             TOTAL: 5
```